1  **JONES & DYER**
   **A Professional Corporation**
2  **1800 J Street**
   **Sacramento, California 95811**
3  **Telephone:  (916) 552-5959**
   **Fax: (916) 442-5959**
4
   **MARK A. JONES, State Bar #96494**
5  **SCOTT H. CAVANAUGH, State Bar #245261**

6  Attorneys for Defendants, Jeremy Huff and Jason Bauer

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10
   LONDELL AUSTIN,                                  ) NO.  2:10-CV-02891 FCD-DAD
11                                                  )
                   Plaintiff,                       ) **STIPULATION AND ORDER**
12 vs.                                              ) **REGARDING CAUSES OF ACTION**
                                                    ) **ALLEGED IN FIRST AMENDED**
13 J. BAUER, (Vallejo Police Department Star #586), ) **COMPLAINT FOR DAMAGES**
   J. HUFF (Vallejo Police Department Star #591),   )
14 individually and in their capacities as POLICE   )
   OFFICERS for the CITY OF VALLEJO,                )
15                                                  )
                                                    )
16                 Defendants.                      )
   _____            )
17

18         IT IS HEREBY STIPULATED by and between the parties to this action, by and through

19 their attorneys of record that, in the interest of judicial efficiency, the pleadings be clarified because

20 the caption to the First Amended Complaint and the Introduction to the First Amended Complaint

21 erroneously contain reference to pendent state law tort claims.  These claims are not a part of the

22 First Amended Complaint for Damages

23         IT IS FURTHER STIPULATED that the only cause of action is brought pursuant to 42

24 U.S.C. Section 1983 against the named defendants in their individual capacities.

25 ///

26 ///

27 ///

28 ///

**STIPULATION AND ORDER RE FIRST AMENDED COMPLAINT**

-1-

| | | |
|---|---|---|
| 1 | Dated: March 11, 2011 | LAW OFFICES OF CHE L. HASHIM |
| 2 | | |
| 3 | | By: /s/ Che L. Hashim |
| 4 | | CHE L. HASHIM |
| 5 | | Attorney for Plaintiff Londell Austin |
| 6 | Dated: March 11, 2011 | JONES & DYER |
| 7 | | |
| 8 | | By: /s/ Mark A. Jones |
| 9 | | MARK A. JONES |
| 10 | | SCOTT H. CAVANAUGH |
| | | Attorneys for Defendants Jeremy Huff and Jason Bauer |

**O R D E R**

The court, having considered the foregoing stipulation of the parties, and good cause appearing therefor, the court hereby orders that the above described stipulation clarifying the cause of action stated in the First Amended Complaint is adopted.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: March 15, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE