UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LONDELL AUSTIN, | No. 2:10-cv-02891-MCE-DAD |
| Plaintiff, | |
| v. | ORDER |
| J. BAUER, et al., | |
| Defendants. | |

Currently pending before the Court is Defendants' Motion for Summary Judgment (ECF No. 23) ("Motion"). Plaintiff failed to timely oppose that Motion and was ordered to show cause ("OSC") in writing why it should not be granted. Pursuant to the OSC, Plaintiff was also advised that a failure to respond to the Court's order would result in dismissal of the case pursuant to Eastern District of California Local Rule 110 and/or Federal Rule of Civil Procedure 41(b). Plaintiff timely responded to the OSC by submitting an Opposition, but he provided no explanation whatsoever for his original failure to file in accordance with the Local Rules of this Court.

1

Plaintiff is thus further ordered to show cause in writing not later than ten (10) days following the date this Order is electronically filed as to why he failed to timely file his Opposition in the first place.  If Plaintiff fails to respond to this additional order, or if this Court deems Plaintiff's response to be insufficient, sanctions, up to and including terminating sanctions, will be imposed.  If, however, Plaintiff's further response is sufficient, the Court will set a new hearing date at that time.

   IT IS SO ORDERED.

 Dated: April 11, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE